**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**CARRIME STRATTON,**

                **Plaintiff,**

        v.                                     1:13-CV-520
                                                   (FJS/RFT)

**WAYNE RUSSELL, JR., New York State
Trooper; and JOHN DOE, name and number
of whom are unknown at present and other
unidentified members of the New York
State Police,**

                **Defendants.**

---

**APPEARANCES**                                           **OF COUNSEL**

**OFFICE OF DAVID BRICKMAN**              **DAVID BRICKMAN, ESQ.**
1664 Western Avenue
Albany, New York 12203
Attorneys for Plaintiff

**OFFICE OF DAVID B. KRAUSS**              **DAVID B. KRAUSS, ESQ.**
225 Broadway, Suite 1803
New York, New York 10007
Attorneys for Plaintiff

**OFFICE OF THE NEW YORK**                 **CATHY Y. SHEEHAN, ESQ.**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York
Attorneys for Defendant Russell

**SCULLIN, Senior Judge**

## ORDER

      Plaintiff commenced this action against Defendants pursuant to 42 U.S.C. § 1983, alleging, among other things, that Defendants had violated his rights under the Fourth and

Fourteenth Amendments to the United States Constitution. *See* Dkt. No. 1 at ¶ 1. Defendant Russell filed a motion to dismiss Plaintiff's claims asserted against him in his official capacity on the ground that the Eleventh Amendment barred such claims. *See generally* Dkt. No. 13-1. Plaintiff filed a letter in response to the motion, advising the Court that Plaintiff did not oppose this motion and conceded that Defendant Russell was entitled to Eleventh Amendment immunity as to the claims against him in his official capacity. *See* Dkt. No. 14 at 1. Plaintiff noted, however, that he would "proceed against the Defendant [Russell] in his individual capacity as stated in the complaint." *See id.*

Accordingly, to the extent that Plaintiff's complaint can be construed to assert any claims against Defendant Russell in his official capacity, the Court hereby

**ORDERS** that Defendant Russell's motion to dismiss Plaintiff's complaint is **GRANTED** with respect to any claims asserted against Defendant Russell in his official capacity; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Treece for all further pretrial matters.

**IT IS SO ORDERED.**

Dated: September 26, 2014
 Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge